**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 07-7017**

MICHAEL BUCHANAN,

                                    Plaintiff - Appellant,

        versus

LENIS PHIPPS, Nurse, KMCC; GENE JOHNSON,
Director, Department of Corrections; NOELLE
SHAW-BELL, Assistant Attorney General for
Virginia; BOB MCDONALD, Attorney General for
Virginia; MARY GILBERT, Head Nurse, KMCC; FRED
SCHILLING, Director of Health Services,

                                    Defendants - Appellees.

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.   Jackson L. Kiser, Senior
District Judge. (7:07-cv-00296)

Submitted:  November 15, 2007     Decided:  November 26, 2007

Before WILLIAMS, Chief Judge, and MOTZ and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Michael Buchanan, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Buchanan appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915A(b) (2000) and denying his request for injunctive relief. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Buchanan v. Phipps</u>, No. 7:07-cv-00296 (W.D. Va. June 26, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>